IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES BORDEN, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No.  5:10-cv-2962-RBP-TMP |
| ) | |
| KIM THOMAS,  Commissioner of the ) | |
| Alabama Department of Corrections; and ) | |
| the ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

FINAL ORDER DENYING RELIEF

In accordance with the Memorandum Opinion entered herewith, the court hereby OVERRULES the objections of the petitioner to the magistrate judge's report and recommendation. The report is hereby ADOPTED and the recommendation is ACCEPTED, and the petition for writ of *habeas corpus* is DENIED and DISMISSED WITH PREJUDICE.

DONE this 23rd day of July, 2012.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE